Form B18 (Official Form 18)(12/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 6:09−bk−07265−KSJ

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Maria Pai Cisneros
6619 Fairway Cove
Orlando, FL 32835

Social Security No.:
xxx−xx−7514

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____
Karen S. Jennemann
United States Bankruptcy Judge

Dated: September 23, 2009

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 113A-6          User: msusan             Page 1 of 2              Date Rcvd: Sep 23, 2009
Case: 09-07265                Form ID: B18             Total Noticed: 45
```

The following entities were noticed by first class mail on Sep 25, 2009.
```
db         +Maria Pai Cisneros,   6619 Fairway Cove,   Orlando, FL 32835-5745
tr         +Scott R Fransen,   Post Office Box 536696,   Orlando, FL 32853-6696
16265555    ABC Financial,   PO Box 6800,   Sherwood, AR 72124-6800
16265556   +Amerassist (original Creditor:01 Tr,   8415 Pulsar Place Suite 250,   Columbus, OH 43240-4033
16265557   +American General Finan,   2143 E Semoran Blvd,   Apopka, FL 32703-5710
16265560   +Bank Of America,   PO Box 15726,   Wilmington, DE 19886-5726
16265561   +Catherine R. Zelner MD P.A.,   PO Box 1878,   Windermere, FL 34786-1878
16265562   +Citibank,   100 Citibank Dr,   San Antonio, TX 78245-3202
16265563   +Citibank Thd Consumer,   100 Citibank Dr,   San Antonio, TX 78245-3202
16265565   +Er Solutions (original Creditor:was,   500 Sw 7th Street Bldg A 100,   Renton, WA 98057-2983
16265567   +Holloway Credit Soluti (original Cr,   1286 Carmichael Way,   Montgomery, AL 36106-3645
16265568    Home Depot Credit Services,   PO Box 6029,   The Lakes, NV 88901-6029
16265569   +Hsbc/saks,   12 E 49th Street,   New York, NY 10017-1028
16265570   +I C System Inc (original Creditor:p,   Po Box 64378,   Saint Paul, MN 55164-0378
16265571   +Insight Financial Cred,   480 S Keller Rd,   Orlando, FL 32810-6101
16265572    Kane Furniture / World Financi,   PO Box 18125,   Columbus, OH 43218
16265573   +LabCorp,   13112 Evening Creek Drive South,   San Diego, CA 92128-4108
16265574   +Law Offices Of Brachfeld & Associates,   20300 S. Vermont Ave Suite 120,
             Torrance, CA 90502-1349
16265575   +Lvnv Funding Llc (original Creditor,   Po Box 740281,   Houston, TX 77274-0281
16265576   +MAF Collection Services,   PO Box 2842,   Tampa, FL 33601-2842
16265577   +Medical Consumer Counseling,   1325 San Marco Blvd,   Jacksonville, FL 32207-8568
16265578   +Moon Family Practice LLC,   7300 Sandlake Commons Blvd Suite 321,   Orlando, FL 32819-8011
16265579    NCO Financial Systems Inc,   PO Box 182965,   Columbus, OH 43218
16265581   +OSI Collection Services Inc,   PO Box 3900,   Lakeland, FL 33802-3900
16265580   +Orlando Regional Healthcare,   1414 Kuhl Ave,   Orlando, FL 32806-2093
16265582   +Patricia L. Strowbridge P.A.,   1516 E Colonial Dr Suite 202,   Orlando, FL 32803-4743
16265583   +Physician Associates,   4401 S Orange Ave,   Orlando, FL 32806-6946
16265584   +Portfolio,   120 Corporate Blvd, Ste 100,   Norfolk, VA 23502-4962
16265585   +Sallie Mae,   1002 Arthur Dr,   Lynn Haven, FL 32444-1683
16265586   +Sams LP Gas Co,   PO Box 593641,   Orlando, FL 32859-3641
16325787   +Sonya Jay Crider,   6619 Fairway Cove Dr,   Orlando FL 32835-5745
16265587   +Target N.b.,   Po Box 673,   Minneapolis, MN 55440-0673
16265588   +Truly Nolen Of America Inc,   1198 S 4th Ave,   Yuma, AZ 85364-3886
16265589    Washington Mutual,   PO BOX 660509,   Dallas, TX 75266
16265590    Washington Mutual Bank,   PO Box 660433,   Dallas, TX 75266
16265591   +Watermark Media,   PO Box 533655,   Orlando, FL 32853-3655
16265592   +Xpress Fin,   807 S. Orlando Ave. Suite B,   Winter Park, FL 32789-4870
```

The following entities were noticed by electronic transmission on Sep 24, 2009.
```
tr         +EDI: QSRFRANSEN.COM Sep 24 2009 04:20:00     Scott R Fransen,   Post Office Box 536696,
             Orlando, FL 32853-6696
cr         +EDI: RECOVERYCORP.COM Sep 24 2009 04:19:00     Recovery Management Systems Corporation,
             Attn Ramesh Singh,   25 SE 2nd Ave Ste 1120,   Miami, Fl 33131-1605
16265558   +EDI: ACCE.COM Sep 24 2009 04:20:00     Asset Acceptance Llc (original Cred,   Po Box 2036,
             Warren, MI 48090-2036
16265560   +EDI: BANKAMER2.COM Sep 24 2009 04:18:00     Bank Of America,   PO Box 15726,
             Wilmington, DE 19886-5726
16265559   +EDI: BANKAMER.COM Sep 24 2009 04:13:00     Bank Of America,   4161 Piedmont Pkwy,
             Greensboro, NC 27410-8119
16265564   +EDI: CCS.COM Sep 24 2009 04:19:00     Credit Collection Services,   Two Wells Ave Dept. 587,
             Newton, MA 02459-3208
16265566   +E-mail/Text: bankruptcysupport@flagstar.com                            Flagstar Bank,
             5151 Corporate Dr,   Troy, MI 48098-2639
16325785    EDI: FLDEPREV.COM Sep 24 2009 04:13:00     Florida Department of Revenue,   Bankruptcy Unit,
             Post Office Box 6668,   Tallahassee FL 32314-6668
16325786   +E-mail/Text: Bankruptcy@octaxcol.com                            Orange County Tax Collector,
             Attn: Earl K. Wood,   Post Office Box 2551,   Orlando FL 32802-2551
16496135    EDI: RECOVERYCORP.COM Sep 24 2009 04:19:00     Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                             TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2009**                    **Signature:**     *Joseph Speetjens*